Myrtle Kuder Speyer, conservatrix of the estate of Anna Kuder, insane, appellant, v. Lillian Gerischer and John Gerischer, appellees. Gen. No. 36,070.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed December 30, 1932. Rehearing denied January 11, 1933.

Daniel Webster, for appellant; O. I. Bingaman, of counsel. L. S. Dorfman, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Emma Giovacchini, appellee, v. Klein Bros. Corporation, appellant. Gen. No. 36,119.

Heard in the second division of this court for the first district at the June term, 1932. Opinion filed December 30, 1932.

John A. Bloomingston, for appellant. Patrick L. McArdle and Anthony J. Schmidt, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

## Second District.

Barney Doll, appellee, v. Charles Haas and Andrew Haas, appellants. Gen. No. 8,486.

Heard in this court at the February term, 1932. Opinion filed October 18, 1932. Rehearing denied February 16, 1933.

Reuben R. Tiffany and Hunter & Hunter, for appellants. Elwyn R. Shaw, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

C. R. Hedrick, appellee, v. W. W. Mercer, appellant. Gen. No. 8,497.

Heard in this court at the February term, 1932. Opinion filed October 18, 1932.

Wayne B. Miller, for appellant; Howard White, of counsel. E. V. Champion, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.